UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Napoleon Gaibor Camacho

       v.                                         Civil Case No. 26-cv-58-JL

Andrew Ackley, et al.

## **ORDER**

Before the court is the habeas petition brought by Napoleon Gaibor Camacho challenging his ongoing ICE detention.  In their response to the court's order to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin, Warden,* No. 1:25-CV-374-SE-AJ, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.),[1]  the respondents "acknowledge[d] that if the Court applies [*Destino*'s] reasoning here, it would likely reach the same conclusion," but, without elaborating on any legal arguments against the relief, "object[ed] to this Court granting relief…on the basis of *Destino*, "maintain[ing] that *Destino* was wrongly decided," and that the petitioner is held under 8 U.S.C. § 1225(b)(2).[2]

Thus, no cause having been shown, the court GRANTS the petition[3] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is DENIED in all other respects.  The parties shall file a status report within 10 days of this order.

        SO ORDERED.

                                           Joseph N. Laplante
                                         United States District Judge

Dated: February 6, 2026

Cc: Counsel of record

---

[1] Summary Show Cause Order (doc. no. 3).
[2] Show Cause Response (doc. no. 7) at 1-2.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[3] Pet. Writ Habeas Corpus (doc. no. 1).